NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1494

JENNIFER BRYAN, ET AL.

VERSUS

RYAN'S FAMILY STEAK HOUSES, TLC, INC.

**********

APPEAL FROM THE
ALEXANDRIA CITY COURT
PARISH OF RAPIDES, NO. 96,628
HONORABLE RICHARD E. STARLING, JR., CITY COURT JUDGE

**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

AFFIRMED.

H. Gregory Walker, Jr.
Walker, Passman & Michiels, LLP
P. O. Box 13020
Alexandria, LA 71315-3020
(318) 445-4516
Counsel for Plaintiff/Appellees
    Jennifer Bryan
    Sean Bryan
    Barbara Brocato Fowler

**Matthew J. Ungarino**
**David I. Bordelon**
**Ungarino & Eckert, L.L.C.**
**1280 Lakeway Two**
**3850 North Causeway Blvd.**
**Metairie, LA 70002**
**(504) 836-7531**
**Counsel for Defendant/Appellant**
      **Ryan's Family Steak Houses, TLC, Inc.**